# Court of Appeals
# of the State of Georgia

ATLANTA, February 07, 2013

*The Court of Appeals hereby passes the following order*

**A13D0189. CONSOLIDATED CONTAINER COMPANY C/O GALLAGHER BASSETT SERVICES v. NOVALIJA TRUMIC.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2012CV2189947



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, February 07, 2013.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*